[No. 65836-1-I. Division One. May 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP BARRARA GARCIA, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 09-1-01042-0, Dave Needy, J., entered July 21, 2010. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Appelwick, J., concurred in by Grosse and Lau, JJ.

[No. 65974-0-I. Division One. May 29, 2012.]

*In the Matter of the Marriage of* JEFF JOSEPH ANNIS, *Respondent*, and AMANDA JO KOEHN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 09-3-00025-5, Steven J. Mura, J., entered August 9, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Lau, JJ.

[No. 65994-4-I. Division One. May 29, 2012.]

*In the Matter of the Marriage of* PATRICIA M. JORDAN, *Respondent*, and DENNIS W. JORDAN, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 09-3-00590-3, Susan K. Cook, J., entered August 4, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Appelwick and Dwyer, JJ.

[No. 66039-0-I. Division One. May 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN JACK FROST, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-03427-0, Richard McDermott, J., entered September 7, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Spearman, A.C.J., and Cox, J.